ETHEL R. RYSKIND, Respondent, *v.* MORRIE RYSKIND, Appellant.

(Argued May 11, 1931; decided May 19, 1931.)

*Rudolph Stand* for motion.
*Jonas J. Shapiro* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.